

Case 1:14-cv-21961-EGT   Document 2-1   Entered on FLSD Docket 02/18/2014   Page 4 of 4